**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EDWARD BROWN,

Plaintiff,

vs. CASE NO. 6:07-CV-910-ORL-19KRS

TMC OF CENTRAL FLORIDA, INC.,
TODD MILLS,

Defendants.

---

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 27, filed May 2, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 27) is **ADOPTED and AFFIRMED.** The Joint Motion for Dismissal with Prejudice (Doc. No. 25, filed February 8, 2008) is **GRANTED**. The amount received by Plaintiff Edward Brown is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE,** without the Court reserving jurisdiction to enforce the settlement agreement**.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this 20th day of May, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record